JACOB G. BECKER, DEFENDANT IN ERROR, v. THOMAS
ATCHASON, PLAINTIFF IN ERROR.

Submitted July 12, 1904—Decided December 9, 1904.

On error to the Supreme Court.

For the plaintiff in error, *Corra N. Williams.*

For the defendant in error, *William A. Lord.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, upon the grounds stated in the opinion of Mr. Justice Van Syckel in that court.

*For affirmance*—THE CHANCELLOR, DIXON, GARRISON, GARRETSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY. 11.

*For reversal*—None.